MICHAEL MADSEN, Respondent, v. BALTIMORE MAIL STEAMSHIP COMPANY, Appellant.— Motion for reargument granted and upon reargument order denying defendant's motion to dismiss the complaint and to vacate the attachment reversed on the law, with ten dollars costs and disbursements, motion granted, with ten dollars costs, complaint dismissed and attachment vacated, with costs, on authority of *Matter of Baltimore Mail S. S. Co.* v. *Fawcett* (269 N. Y. 379, revg. 247 App. Div. 739). [See 244 App. Div. 809; 245 id. 757.] In view of this decision the judgments for costs and disbursements entered, respectively, on May 23, 1934, in the sum of $49.46, on October 24, 1935, in the sum of $14.75, and on October 24, 1935, in the sum of $33.19, are vacated. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

ROSE MILLER, as Administratrix, etc., of MORRIS MILLER, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

PALMER ADVERTISING SERVICE, INC., Respondent, v. GRINNELL COMPANY, INC., and JOHN FISHER, Defendants, and VILLAGE OF TARRYTOWN, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 765.] Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES E. FOLSOM, JR., Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Respondent.— The communications from the imprisoned relator-appellant will be considered as a motion for leave to appeal to the Court of Appeals. The motion is denied. Lazansky, P. J., Young, Carswell and Davis, JJ., concur; Hagarty, J., dissents.

AARON SCHEK, Respondent, v. MATTIO KAPLAN and SAM ELIAS, etc., Doing Business under the Firm Name and Style of KAPLAN & ELIAS, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

NICHOLAS SEIBERT, as Administrator, etc., of NICHOLAS SEIBERT, JR., Deceased, Respondent, v. AUGUST MOESCHLE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

WILLIAM TELSEY, Respondent, v. WILLIAM FREY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

JUDSON S. TODD, Appellant, v. JEROME B. LUSTIG, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

TOWN OF NORTH HEMPSTEAD, Appellant, v. MYRA C. HARPER, as Administratrix C. T. A. of WESLEY HARPER, etc., and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. The applications seem to be untimely; furthermore, two of the questions now raised were raised neither on the trial nor in this court. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.